UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

PETER JOHN MILLER
DOB:

**FILED**
JAN 0 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRIMINAL COMPLAINT

Case Number: 07-01001-01

To:   The United States Marshal
      and any Authorized United States Officer

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. Between on and about October 13, 2006 November 21, 2006 on several occasions, in the District of Columbia, the defendant knowingly transported in foreign commerce by computer from a location or locations outside the United States to the District of Columbia, over 30 images depicting persons under the age of 18 engaging in sexually explicit conduct, including sexual intercourse, masturbation and the lascivious exhibition of the genitals and the pubic area of said minors, in violation of Title 18, United States Code, Section 2252(a)(1).

I further state that I am TIMOTHY PALCHAK, Detective, Metropolitan Police Department, and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT that is continued on the attached sheet and made a part hereof.

AUSA Patricia Stewart
(202) 514-7064

Sworn to before me and subscribed in my presence,

_____
TIMOTHY PALCHAK, Detective
Metropolitan Police Department

January 6, 2007 at Washington, DC
Date / City and State

Deborah A. Robinson
Name and Title of Judicial Officer
United States Magistrate Judge

Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Timothy Palchak, Detective with the Metropolitan Police Department, (hereinafter "affiant"), being duly sworn, depose and state as follows:

1. I am a Metropolitan Police detective assigned to the Youth Investigations Branch. I have been a Metropolitan Police officer for twelve years. I currently hold the rank of Detective and am assigned to the Youth Investigation Branch. I have investigated hundreds of cases of child physical and sexual abuse, as well as cases of on-line child exploitation, and child pornography offenses.

2. On October 10, 2006 your affiant was acting in an undercover capacity in the District of Columbia as part of a multi-jurisdictional Internet Crimes Against Children (ICAC) Task Force. Your affiant entered an internet "ICQLolita Lovers" messenger board using the screen name, "james1700". An individual using the e-mail address "ch-lover@hotmail.co.uk" posed a message on the messenger board inviting individual to e-mail him to have a private chat. On October 11, 2006, your affiant e-mailed "ch-lover@hotmail.co.uk" and expressed an interest in chatting with the individual using that address. The individual using that address began engaging in instant messaging on MSN with your affiant using the screen name "Chris". Your affiant and "Chris" have continued to communicate by e-mail and instant messaging until the present.

3. During the course of the on-line conversations with your affiant, "Chris" forwarded to your affiant in the District of Columbia by means of the internet over 30 images of minors under the age of 18 engaging in sexual activity. The majority of the images were of prepubescent girls who appeared to be under the age of 10 engaging in sex acts. The images included depictions of minors engaging in sexual intercourse, masturbating and graphic displays of the genitalia of children.

4. During the on-line conversations "Chris" stated to your affiant that had sex with girls under the age of ten in several countries. He stated that he had traveled to Cambodia and Thailand and had sex with children in those countries, that his wife was Thai and also engaged in sexual activity with children, that he lived in London, England and owned a refurbishing business. He also stated that he would travel to Thailand in December 2006 and then to Cambodia.

5. On December 19, 2006, "Chris" sent e-mails to your affiant stating that he was in Thailand and providing the address of the hotel where he was staying. He asked your affiant to send him child pornography at the hotel and stated that he had shipped 10 compact discs to your affiant. On January 2, 2007, your affiant received at an undercover address in the District of Columbia a package bearing Thailand postage and addressed to your affiant's screen name. The package contained 10 compact disc paper covers. On each cover were images of prepubescent children engaged in sexual acts.

6. On January 4, 2007, your affiant received a similarly addressed package at the same address. It had been mailed from Thailand and contained 10 compact discs wrapped in a child's shirt, a t-shirt and a plastic bag. Your affiant has viewed one of the compact discs and determined that it contains several videos of young children engaged in sexual acts. "Chris" e-mailed your affiant and advised that he sent the compact discs in a separate package from that containing the covers to avoid the compact discs being seized by customs authorities and to protect your affiant.

7. On January 6, 2007, British law enforcement agents advised that their investigation had identified the individual using the e-mail address "ch-lover@hotmail.co.uk" to be PETER JOHN MILLER, a British subject, and a resident of the London area, born on November 7, 1964. On the same date, the Royal Thai police located MILLER in Thailand and confirmed his identity and citizenship.

8. Based on the foregoing your affiant believes that there is probably cause that between

October 16, 2006 and November 21, 2006, PETER JOHN MILLER did unlawfully and knowingly transfer in foreign commerce to the District of Columbia by means of a computer, images of minor children engaging in sexually explicit conduct in violation of 18 U.S.C. § 2252(a)(1).

_____
Timothy Palchak, Detective
Metropolitan Police Department

Sworn and subscribed to me before me this ____6th____ day of January, 2007

_____
United States Magistrate Judge
District of Columbia