UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

v.                            :   Case Number: 07-0100M-01

PETER JOHN MILLER

FILED

JAN 1 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### MOTION FOR ISSUANCE OF AMENDED ARREST WARRANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to issue an amended arrest warrant nunc pro tunc in the instant case. In support of its motion, the government states the following:

1. On Saturday, January 6, 2007, the Court issued an emergency arrest warrant for the arrest of Peter John Miller, a British subject who was on that date had been located in Thailand. A copy of the warrant is attached hereto as Attachment A. For the reasons set forth in the statement of facts that accompanied the complaint, issuance of the warrant on an expedited basis was necessary in order to obtain a provisional arrest warrant in Thailand as quickly as possible. The government filed the signed warrant, complaint and supporting affidavit with the Clerk's Office on the following business day, January 8, 2007.

2. The complaint charges the defendant with transportation of child pornography in foreign commerce by means of a computer in violation of 18 U.S.C § 2252a)(1). The statement of facts also contains a reference to 18 U.S.C.§ 2252(a)(1). The warrant itself however incorrectly cites to "18 U.S.C. § 22552(a)(1)". The insertion of an extra digit into the citation clearly is a clerical error that went undetected by undersigned counsel who prepared the warrant for the Court's review.

3. The defendant was apprehended in Thailand is currently on release status pending final disposition of his case in the Thai courts. The government is seeking a provisional arrest warrant in

Thailand, and intends to pursue extradition of the defendant to the United States for prosecution of the charged offense and related offenses. We have been advised that the warrant that the Court issued on January 6, 2007 cannot be used in connection with the extradition request because of the typographical error in statutory citation. Accordingly, we are asking that the Court issue an amended warrant correcting the error on the face of the warrant, that the Court direct that the amended warrant be filed <u>nunc pro tunc</u>   The new warrant is attached hereto for the Court's review. If the Court grants the government's motion, we will present three copies of the corrected warrant to the Court for signature at a time directed by the Court.

WHEREFORE, for the forgoing reasons and for any other such reasons as may appear to the Court, the government requests that its motion be granted and that the Court issue an order as requested herein.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

BY:    /s/
        PATRICIA STEWART
        Assistant United States Attorney
        D.C. Bar No. 358910
        555 4th Street, N.W. Room 4247
        Washington, D.C. 20350
        (202)514-7064
        Patricia..Stewart@usdoj.gov

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

PETER JOHN MILLER
DOB: 11/7/64

**WARRANT FOR ARREST**

Case Number: D7-0100M-01

To:  The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest PETER JOHN MILLER and bring him forthwith to the nearest magistrate to answer to a Complaint charging him with Transportation of Images Containing Child Pornography in Foreign Commerce, violation of 18 U.S.C. § 22552(a)(1)

Deborah A. Robinson
United States Magistrate Judge
_____
Name of Issuing Officer

Deborah A. Robinson
United States Magistrate Judge
_____
Title of Issuing Officer

_____[signature]_____
Signature of Issuing Officer

January 6, 2007    Washington, DC
Date and Location

Bail fixed at  HOLD

by _____[signature]_____

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED | DATE of ARREST | NATURE AND TITLE OF ARRESTING OFFICER |
| | | |
| SIGNATURE OF ARRESTING OFFICER | | |

ATTACHMENT A

FILED
JAN 1 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT