UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

v.                             :       Case Number: 07-0100M-01

PETER JOHN MILLER

**ORDER**

FILED
JAN 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UPON CONSIDERATION, of the government's Motion for Issuance of an Amended Arrest Warrant and the record herein, for the reasons set forth in the government's motion, and for good cause shown, the government's motion is granted and it is

ORDERED, that Clerk shall file the arrest warrant attached hereto in the file in this case, and it is

FURTHER ORDERED, that the arrest warrant attached hereto shall be deemed to have been issued by the Court on January 6, 2007.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge

1/12/07