UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | MAGISTRATE NO. 07-0100M-01 (CR) |
| **PETER JOHN MILLER,** | : | VIOLATION: 18 U.S.C. §2252(a)(1) |
| **Defendant.** | : | (Transportation of Visual Depictions of |
| | : | Minors Engaging in Sexually Explicit |
| | : | Conduct) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about October 13, 2006, the defendant, **PETER JOHN MILLER**, did unlawfully and knowingly, transport in interstate and foreign commerce, by any means, including by computer, to the District of Columbia, visual depictions, the production of which visual depictions involved the use of minors under the age of 18 engaging in sexually explicit conduct and the visual depictions are of such conduct.

**(Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of Title 18, United States Code, Sections 2252(a)(1))**

### COUNT TWO

On or about October 19, 2006, the defendant, **PETER JOHN MILLER**, did unlawfully and knowingly, transport in interstate and foreign commerce, by any means, including by computer, to the District of Columbia, visual depictions, the production of which visual depictions involved the

use of minors under the age of 18 engaging in sexually explicit conduct and the visual depictions are of such conduct.

**(Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct,** in violation of Title 18, United States Code, Sections 2252(a)(1))

### COUNT THREE

On or about October 24, 2006, the defendant, **PETER JOHN MILLER**, did unlawfully and knowingly, transport in interstate and foreign commerce, by any means, including by computer, to the District of Columbia, visual depictions, the production of which visual depictions involved the use of minors under the age of 18 engaging in sexually explicit conduct and the visual depictions are of such conduct.

**(Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct,** in violation of Title 18, United States Code, Sections 2252(a)(1))

### COUNT FOUR

On or about November 7, 2006, the defendant, **PETER JOHN MILLER**, did unlawfully and knowingly, transport in interstate and foreign commerce, by any means, including by computer, to the District of Columbia, visual depictions, the production of which visual depictions involved the use of minors under the age of 18 engaging in sexually explicit conduct and the visual depictions are of such conduct.

**(Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct,** in violation of Title 18, United States Code, Sections 2252(a)(1))

### COUNT FIVE

On or about December 19, 2006, the defendant, **PETER JOHN MILLER**, did unlawfully and knowingly, transport in interstate and foreign commerce, by any means, including by mail, to

the District of Columbia, visual depictions, the production of which visual depictions involved the use of minors under the age of 18 engaging in sexually explicit conduct and the visual depictions are of such conduct.

    **(Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of Title 18, United States Code, Sections 2252(a)(1))**

## COUNT SIX

On or about December 19, 2006, the defendant, **PETER JOHN MILLER**, did unlawfully and knowingly, transport in interstate and foreign commerce, by any means, including by mail, to the District of Columbia, visual depictions, the production of which visual depictions involved the use of minors under the age of 18 engaging in sexually explicit conduct and the visual depictions are of such conduct.

    **(Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct, in violation of Title 18, United States Code, Sections 2252(a)(1))**

A TRUE BILL:

FOREPERSON.

*[signature]*
Attorney of the United States in
and for the District of Columbia