UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-024(PLF) |
| v. | : | <u>**(Under Seal)**</u> |
| **PETER JOHN MILLER,**  Defendant. | : | |

### MOTION TO UNSEAL CASE FOR A LIMITED PURPOSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court the unseal the indictment, arrest warrant and all related documents in this case, and to direct that the government be provided with copies of all documents and records in this case as are necessary for its use in connection with the requested extradition of the defendant. In support of its motion, the government states the following:

1. The defendant was charged by complaint with Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct (child pornography), in violation of 18 U.S.C. § 2252(a)(1) on January 6, 2007. An arrest warrant was issued on the same date by Magistrate Judge Deborah A. Robinson.

2. On February 1, 2007, the Grand Jury returned an indictment charging the defendant with six counts of Transportation of Child Pornography.

3. In accordance with its usual practice the Clerk's Office has placed the arrest warrant, the complaint and the indictment under seal and classified the case as a sealed case because the defendant has not been arrested yet.

4. The defendant, a British citizen, currently is in Thailand. The government has made a formal request for the issuance of a provisional arrest warrant in Thailand and intends to seek the

defendant's extradition. As part of the extradition request, we are required to provide copies of official documents such as arrest warrants and charging documents to the country from which extradition is sought. Accordingly, we are requesting that the Court order a limited unsealing of the case in order that the government can provide copies of the required documents to the appropriate foreign officials in connection with the request for extradition.

WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that its motion be granted.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              United States Attorney

BY:                              
        PATRICIA STEWART
        Assistant United States Attorney
        D.C. Bar No. 358910
        555 4th Street, N.W. Room 4247
        Washington, D.C. 20530
        (202)514-7064
        Patricia.Stewart@usdoj.gov