UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 07-024(PLF) |
| v. | : | (Under Seal) |
| PETER JOHN MILLER,<br>Defendant. | : | |

FILED

FEB 12 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

UPON CONSIDERATION, of the government's Motion to Unseal Case for a Limited Purpose, and the record herein, for the reasons stated in the government's motion, and for good cause shown, it is this ___9th___ day of February 2007,

ORDERED, that the government's motion is granted and it is

FURTHER ORDERED, that the record in this be and it hereby is unsealed for the purpose of allowing the government to obtain and make available to as necessary such records and documents as it requires to pursue its request for extradition of the defendant.

_____
PAUL L. FRIEDMAN
United States District Judge

copies to:

Patricia Stewart,
Assistant United States Attorney