UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-024(PLF)** |
| **v.** | : | **(Under Seal)** |
| **PETER JOHN MILLER,**  Defendant. | : | |

### MOTION FOR ISSUANCE OF A BENCH WARRANT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to direct that a warrant be issued for the defendant based upon indictment in this case. In support of its motion, the government states the following.

1. The defendant was charged by complaint with Transportation of Visual Depictions of Minors Engaging in Sexually Explicit Conduct (child pornography), in violation of 18 U.S.C. § 2252(a)(1) on January 6, 2007. An arrest warrant was issued on the same date by Magistrate Judge Deborah A. Robinson.

2. On February 1, 2007, the Grand Jury returned an indictment charging the defendant with six counts of Transportation of Child Pornography. No bench warrant was issued at that time because the arrest warrant previously issued by Magistrate Judge Robinson remained outstanding.

3. The government is in the process of seeking the defendant's extradition from Thailand. In support of our request we have provided certified copies of the arrest warrant issued by Magistrate Judge Robinson. We have been advised however that for purposes of extradition from Thailand, the government should produce evidence that a warrant for the defendant's arrest has been issued in the United States, not only for the offense for which he was initially charged by complaint,

but for all the offenses for which he was indicted.

4. Accordingly, the government is requesting that the Court direct that a bench warrant be issued authorizing the defendant's arrest for the crimes for which he was indicted in this case and that the Clerk of the Court provide two certified copies of the warrant to the government.

.    WHEREFORE, for the foregoing reasons and for any other such reasons as may appear to the Court, the government requests that its motion be granted.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    United States Attorney

BY: _____
    PATRICIA STEWART
    Assistant United States Attorney
    D.C. Bar No. 358910
    555 4th Street, N.W. Room 4247
    Washington, D.C. 20530
    (202)514-7064
    Patricia.Stewart@usdoj.gov

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 07-024(PLF)** |
| v. | : | **(Under Seal)** |
| **PETER JOHN MILLER,**  Defendant. | : | |

# O R D E R

UPON CONSIDERATION, of the government's Motion for Issuance of a Bench Warrant, and the record herein, for the reasons stated in the government's motion, and for good cause shown, it is this _____ day of February 2007,

ORDERED, that the government's motion is granted and it is

FURTHER ORDERED, that the a warrant issue for the arrest of the defendant for the offenses charged in the indictment previously filed in this case and it is

FURTHER ORDERED that the Clerk's Office shall provide the government with two certified copies of the arrest warrant.

 

                                              PAUL L. FRIEDMAN
                                              United States District Judge

copy to:

Patricia Stewart,
Assistant United States Attorney