UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,   :   CRIMINAL NO. 07-024(PLF)

v.   :   (Under Seal)

PETER JOHN MILLER,   :
    Defendant.

FILED

FEB 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

UPON CONSIDERATION, of the government's Motion for Issuance of a Bench Warrant, and the record herein, for the reasons stated in the government's motion, and for good cause shown, it is this 28th day of February 2007,

ORDERED, that the government's motion is granted and it is

FURTHER ORDERED, that the a warrant issue for the arrest of the defendant for the offenses charged in the indictment previously filed in this case and it is

FURTHER ORDERED that the Clerk's Office shall provide the government with two certified copies of the arrest warrant.

                      ALAN KAY
                United States Magistrate Judge

copy to:

Patricia Stewart,
Assistant United States Attorney



TOTAL P.006