CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Number 07-0024 (PLF) |
| ) | |
| PETER JOHN MILLER ) | Category B |
| ) | **SEALED** |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>August 16, 2007</u> from <u>Judge Paul L. Friedman</u> to <u>The Calendar Committee</u> by direction of the Calendar Committee.

(Defendant has been a fugitive for more than 90 days.)

JUDGE ELLEN SEGAL HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Friedman</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk