AO442(Rev. 12/85) Warrant for Arrest

29 242-01b

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

31 775.7

3699

UNITED STATES OF AMERICA
V.

PETER JOHN MILLER
DOB:

*Amended*

**WARRANT FOR ARREST**
CR: 07-024

CASE NUMBER: 07-0100M-01

**FILED**

FEB 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  __PETER JOHN MILLER__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with Transportation of Images Containing Child Pornography in Foreign Commerce

in violation of Title __18__ United States Code, Section __2252(a)(1)__.

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

JAN 06 2007   District of Columbia
Date and Location

Bail fixed at $ __HOB__   by *[signature]*
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED 2/4/08 | NAME AND TITLE OF ARRESTING OFFICER DUSM J.P. OHBA US District CT Cell block b/pc | SIGNATURE OF ARRESTING OFFICER *[signature]* |
|---|---|---|
| DATE OF ARREST 2/4/08 | | |