WARRANT FOR ARREST 　　CO-1 80 (Rev - DC 03/00)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PETER JOHN MILLER<br><br>DOB:　　　　PDID# | DOCKET NO　CR: 07-024 (PLF)　　MAGIS NO<br>NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>PETER JOHN MILLER | FILED<br>FEB 0 4 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

| WARRANT ISSUED ON THE BASIS OF:<br>☐ Order of Court　　☐ Information<br>☒ Indictment　　☐ Complaint | DISTRICT OF ARREST |
|---|---|
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

TRANSPORTATION OF VISUAL DEPICTIONS OF MINORS ENGAGING IN SEXUALLY EXPLICIT CONDUCT

IN VIOLATION OF:　UNITED STATES CODE TITLE & SECTION　18 U.S.C. 2252(a)(1)

| BAIL FIXED BY COURT<br>HOLD WITHOUT BOND | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY<br>MAGISTRATE JUDGE ALAN KAY | JUDGE/MAGISTRATE JUDGE<br>*[signature] Alan Kay* | DATE ISSUED<br>2/28/07 |
| CLERK OF COURT<br>Nancy Mayer-Whittington | BY DEPUTY CLERK<br>*[signature] Kymberly Kay* | DATE<br>2/28/07 |

RETURN

This warrant was received and executed with the arrest of the above-named person

| DATE RECEIVED<br>2/4/07<br>DATE EXECUTED<br>2/4/07 | NAME AND TITLE OF ARRESTING OFFICER<br>DUSM J.P. OHBA<br>D/DC USMS<br>cellblock 127H00H<br>US District Ct | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |