UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :

V.                          :   CRIMINAL CASE NO. 07-024(PLF)

PETER JOHN MILLER           :

**FILED**

FEB 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

The defendant having been indicted and arrested on charges of Transporting Child Pornography in violation of 18 U.S.C. § 2252 in the above-captioned case, it is this 4th day of February, 2008,

ORDERED, that on Feb. 7 2008, the defendant be released to the Metropolitan Police Department by the United States Marshals for the purpose of booking, fingerprinting, photographing and processing the defendant on the above charges, and it is

FURTHER ORDERED, that at the conclusion of the booking process, officers of the Metropolitan Police Department shall return the defendant to the custody of the United States Marshals forthwith.

_____
ALAN KAY
United States Magistrate Judge

