UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-024 (PLF) |
| | : | |
| v. | : | |
| | : | |
| Peter J. Miller | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorney Patricia Stewart, who will be joined by cocounsel Assistant United States Attorney Jeanne M. Hauch, Bar Number 426585, telephone number (202) 514-5776 and this is notice of Ms. Hauch's appearance in this matter on behalf of the United States.

    Respectfully submitted,

    JEFFREY A. TAYLOR
    UNITED STATES ATTORNEY
    D.C. BAR NUMBER 498610

    ____/s/_____
    Jeanne M. Hauch
    D.C. Bar Number 426585
    National Security Section
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    (202) 514-5776 telephone
    (202) 307-6059 facsimile
    Jeanne.M.Hauch@usdoj.gov

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was served by US Mail on counsel for the defendant:

Tony Miles, Esq.
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

on this 8th day of February, 2008.

                                          \_\_\_\_\_/s/_____
                                          JEANNE M. HAUCH
                                          Assistant United States Attorney