CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                           ) | Criminal Number 07-024 (PLF) |
| ) | |
| ) | Category  B |
| ) | |
| PETER JOHN MILLER      ) | |
| ) | |

## REASSIGNMENT OF CRIMINAL CASE

The above-entitled case was reassigned on <u>February 12, 2008</u> from <u>The Calendar Committee</u> to <u>Judge Paul L. Friedman</u> by direction of the Calendar Committee.

(Defendant is no longer a fugitive.)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Friedman </u>& Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Criminal Case Processing Clerk
      U.S. Attorney—Judiciary Square Building, Room 5133
      Statistical Clerk