UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 19 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA   )
)
)
)
vs.                        )   Criminal No. 07-24   (PLF)
Peter John Miller          )
Defendant.                 )
)

## ORDER

Upon careful consideration of defendant's request, the United States Marshal Service and the Department of Corrections are directed to house _Peter John Miller_ at Central Treatment Facility until further Order of this Court.

_March 19, 2008_
Date

_Paul L. Friedman_
Judge Paul L. Friedman
United States District Court