UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-24 (PLF)** |
| | : | |
| v. | : | |
| | : | |
| **PETER JOHN MILLER** | : | |
| | : | |
| **Defendant** | | |

## NOTICE OF FILING

The United States Attorney informs the Court that filed herewith is a Notice to withdraw and terminate Assistant United States Attorney Perham Gorji from the above case matter he is no longer the Lead attorney on this case.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____

Perham Gorji
Assistant United States Attorney
555 4th Street, N.W.   Rm. 8253
Washington, DC 20001
(202) 514-5060
Perham.Gorji@usdoj.gov