UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | Criminal No. 07-CR-0024 (PLF) |
| v. | : | Next Date: 5/23/2008 |
| | : | |
| PETER JOHN MILLER | : | |

## DEFENDANT'S CONSENT MOTION TO CONTINUE STATUS HEARING

Defendant Peter John Miller ("Miller"), by and through undersigned counsel, respectfully submits this Consent Motion to Continue Status Hearing and states as follows:

1. This matter is currently scheduled for a status hearing before the Court on May 23, 2008.

2. The parties are actively negotiating the terms of a plea agreement, but have not finalized an agreement. As such, Mr. Miller respectfully requests additional time to finalize a plea.

3. Counsel has informed AUSA Patricia Stewart of this motion and the government does not oppose the motion. Although the government agrees to a ten-day continuance (approximately June 2), counsel suggests a new hearing date during the week of June 9 if convenient for the Court. Counsel requests the additional time because his wife is due to give birth on May 27. Of course, not knowing the exact date, and taking into account his responsibilities to his family during his time, counsel seeks to avoid a situation wherein he may not be able to adequately meet with Mr. Miller to discuss the agreement, or to appear in court, and has to seek additional time.

Mr. Miller understands and agrees that this request for a continuance requires his consent to exclude time under the "Speedy Trial Act", 18 USC 3161(h)(8)(A) for the period of time up to an including the new status date. The requested continuance would serve the ends of justice because it would enable the parties to achieve a resolution of the case short of trial.

**WHEREFORE**, for the foregoing reasons and any other that may appear to the Court, Mr. Miller respectfully requests this Motion be granted, that the Court vacate the status hearing scheduled for May 23, 2008, and continue the status hearing at the convenience of the Court.

Dated: Washington, DC
      May 21, 2008                            Respectfully submitted,

                                          **LAW OFFICE OF A. EDUARDO BALAREZO**

                                            /s/
                    By:   _____
                          A. Eduardo Balarezo (D.C. Bar # 462659)
                          400 Fifth Street, NW
                          Suite 300
                          Washington, DC  20001
                          (202) 639-0999

                          *Attorney for Defendant Peter John Miller*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May 2008, I caused a true and correct copy of the foregoing Defendant's Consent Motion to Continue Status Hearing to be delivered via Electronic Case Filing to:

>Patricia Stewart, Esq.
>Assistant United States Attorney
>Office of the United States Attorney for the District of Columbia
>555 Fourth Street, N.W.
>Washington, DC 20001

/s/
_____
A. Eduardo Balarezo

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES : | |
| : | Criminal No. 07-CR-0024 (PLF) |
| v. : | Next Date: 5/23/2008 |
| : | |
| PETER JOHN MILLER : | |

## ORDER

      This matter comes before the Court upon consideration of the Defendant's Consent Motion to Continue Status Hearing.  Having considered Defendant's Motion, and for the reasons set forth therein, the Court finds that a continuance for the purpose of negotiating and finalizing a disposition of this case outweighs the public's and the defendant's interest in a speedy trial.  Therefore, it is on this ___ day of _____ 2008, hereby

      **ORDERED,** that the motion be and is hereby **GRANTED**; and it is further

      **ORDERED,** that the status hearing scheduled for May 23, 2008, is **VACATED**; and it is further

      **ORDERED**, that it is in the interest of justice to exclude a period of _____ days under the Speedy Trial Act; and it is further

      **ORDERED,** that the status hearing in this matter is set for _____ 2008.

 

_____
**PAUL L. FRIEDMAN**
**UNITED STATES DISTRICT JUDGE**

**cc:**

A. Eduardo Balarezo, Esq.
4000 Fifth Street, NW
Suite 300
Washington, DC  20001

Patricia Stewart, Esq.
Assistant United States Attorney
Office of the United States Attorney for the
   District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001