**FILED**
MAY 22 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES | : |
| | : Criminal No. 07-CR-0024 (PLF) |
| v. | : Next Date: 5/23/2008 |
| | : |
| PETER JOHN MILLER | : |

## ORDER

*and request to toll the statute of limitations*

This matter comes before the Court upon consideration of the Defendant's Consent Motion to Continue Status Hearing. Having considered Defendant's Motion, and for the reasons set forth therein, the Court finds that a continuance for the purpose of negotiating and finalizing a disposition of this case outweighs the public's and the defendant's interest in a speedy trial. Therefore, it is on this 22nd day of May 2008, hereby

    **ORDERED,** that the motion be and is hereby **GRANTED**; and it is further

    **ORDERED,** that the status hearing scheduled for May 23, 2008, is **VACATED**; and it is further

    **ORDERED,** that it is in the interest of justice to exclude a period of _____ days under the Speedy Trial Act; and it is further

    **ORDERED,** that the status hearing *and plea* in this matter is set for Jun 19, 2008. *at 2:00 pm.*

                                      /s/ Paul L. Friedman
                                      **PAUL L. FRIEDMAN**
                                      **UNITED STATES DISTRICT JUDGE**

cc:

A. Eduardo Balarezo, Esq.
4000 Fifth Street, NW
Suite 300
Washington, DC 20001

Patricia Stewart, Esq.
Assistant United States Attorney
Office of the United States Attorney for the
   District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001

