**FILED**

**JUN 1 9 2008**

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                                             ) | Case No. 07-0024(PLF) |
| ) | |
| PETER JOHN MILLER,              ) | |
| ) | |
| Defendant.                      ) | |

## STATEMENT OF FACTS

The parties in this case, the United States of America, and the defendant, Peter John Miller, stipulate and agree that the following facts are true. This statement of facts does not include all of the facts known to the parties in this case. The statement sets forth facts sufficient to prove that the defendant committed the offense to which he is pleading guilty, as well as certain facts that are relevant to sentencing in this matter.

1. On or about October 10, 2006, Metropolitan Police Detective Timothy Palchak, working in an undercover capacity at a location in the District of Columbia, responded to a message posted on an Internet messenger board entitled "ICQLolita Lovers" by an individual using the e-mail address "ch-lover@hotmail.co.uk" inviting individuals to have a private on-line chat. Detective Palchak subsequently engaged in on-line conversations with that individual via e-mail and MSN Instant Messaging from that date through January 10, 2007. The individual using the e-mail address "ch-lover@hotmail.co.uk" identified himself only as "Chris" in the on-line conversations. At all times that he engaged in the on-line conversations with "Chris", Palchak was located within the District of Columbia.

2. On December 7, 2008 in an on-line conversation "Chris" stated that he would be traveling to Thailand and Cambodia. He arranged with Detective Palchak for Palchak to obtain

child pornography from a contact in the United States and to forward it to him in Thailand. In exchange "Chris" would send child pornography to Palchak from Thailand via the mail.

    3. On December 19, 2007, a package was mailed from an address in Thailand to Detective Palchak's undercover mailbox in the District of Columbia. The package contained ten covers for compact discs. There were no compact disks inside the covers. The following writing appeared on some covers: : "Lolita Clip Vol 7"; "all six year old children clip" and "see a child fucks". In addition to the writings, each cover contained images. The images included, but were not limited to the following:

    A prepubescent female child who appeared to be approximately seven to nine years old being vaginally penetrated by an adult penis;

    Several images prepubescent female children performing fellatio upon adult males;

    A naked prepubescent female straddling an adult male and being vaginally penetrated by him;.

    Several images of prepubescent females posed in suggestive manners that exposed their genitalia.

    4. On the same date, a package containing ten compact discs containing child pornography was mailed from Thailand to Palchak's undercover mailbox in the District of Columbia. The compact discs contained images of child pornography, some of which corresponded to images on the compact disc covers mailed to the same undercover mailbox.

    5. In an e-mail message dated January 4, 2008, "Chris" advised Palchak that he sent compact discs separately from the compact disc covers in case the box of compact discs was opened. "Chris" stated that the compact discs were numbered to correspond to the covers sent

separately.

6. Between October 13, 2006 and December 19, 2006, the individual using the name "Chris" sent to Palchak in the District of Columbia by means of the Internet and the mail, more than 600 images of child pornography. The images consisted of both still photographs and videos and included depictions of prepubescent children engaging in vaginal sex with adult males and performing fellatio on adult males, as well as images of prepubescent children posed suggestively and exposing their genitalia.

7. Evidence that established that the individual using the screen name "Chris" and the e-mail address "ch_lover@hotmail.co.uk" was the defendant Peter John Miller includes, but is not limited to, the following:

8. On or about December 7, 2006, Detective Palchak provided the name and address "James Poole, P.O. Box 91623, Washington, D.C. 20090-1623" as an address to which "Chris" could send child pornography to him via the mail from Thailand.

9. On or about December 18, 2007, "Chris" in an e-mail message, "Chris" provided Palchak with an address in Thailand which Palchak should use to send child pornography to him in Thailand. In the same e-mail message "Chris" advised that his real name was not "Chris."

10. On or about January 7, 2007, Royal Thai Police executed a search warrant and arrested the defendant at the same address that "Chris" had provided to Palchak on December 18, 2007 as a mailing address.

11. Subsequent to his arrest in Thailand, the defendant gave a statement to Royal Thai Police Colonel Jaruvat Vaisaya admitting that he sent images of child pornography via the Internet and the mail to "an American," "James Poole."

3

12. After his arrest in Thailand on or about January 7, 2007, the defendant was incarcerated for approximately two days before being released pending further court proceedings there. On or about January 9, 2007, "Chris" sent an e-mail to Palchak stating that he had been released after spending two days in jail in Thailand and blaming Palchak for ruining his life.

13. On or about January 8, 2007, London Metropolitan Police officers executed a search warrant at the defendant's residence in London, England. Among the items seized during the search was an e-mail to "Peter Miller" listing child abuse videos for sale; on the back of the list was the writing: "James Poole, P.O. Box 91623, Washington, D.C. 20090."

14. A Metropolitan Police Department Fingerprint Examiner compared known fingerprints of the defendant with latent prints obtained by a Metropolitan Police Department Crime Scene Search Technician from compact disks sent from Thailand to Palchak's undercover mailbox by "Chris" and concluded that one latent print was an impression made by the left palm of the defendant.

15. The defendant was arrested in this case on a Provisional Arrest Warrant in Thailand on or about May 15, 2007. He was taken into custody by United States Deputy Marshals in Thailand and brought to the United States pursuant to an Order of Extradition on or about February 2, 2007.

_____
Patricia Stewart,
Assistant United States Attorney

_____
Peter John Miller
Defendant

_____
A. Eduardo Balarezo, Esquire
Counsel for Defendant

Date: June 19, 2008